UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.: 06- 5:06CV-36-R

'06 MAR 16 P2:58

MARGARET G. LAWRENCE                                                    PLAINTIFF

v.                          **COMPLAINT**                    **JURY DEMAND**

ROBERT P. MERIWETHER, M.D.
    Serve:    225 Medical Center Drive
              Suite 401
              Paducah, Kentucky 42002-7843

and

SEAN P. MCDONALD, M.D.
    Serve:    225 Medical Center Drive
              Suite 401
              Paducah, Kentucky 42002-7843

and

NEUROSURGICAL ASSOCIATES OF WESTERN KENTUCKY, P.S.C.     DEFENDANTS
    Serve:    Robert P. Meriwether, M.D.
              225 Medical Center Drive
              Suite 401
              Paducah, Kentucky 42002-7843

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

COMES the Plaintiff, Margaret G. Lawrence, by and through counsel, and for her complaint against the Defendants herein, states as follows:

**PARTIES**

1. The Plaintiff, Margaret G. Lawrence, is a resident of Thompsonville, Franklin County, Illinois.

2. Based upon information and belief, Defendant Robert P. Meriwether, M.D. is a resident of Paducah, McCracken County, Kentucky.

3. Based upon information and belief, Defendant Sean P. McDonald, M.D. is a resident of Paducah, McCracken County, Kentucky.

4. Defendant Robert P. Meriwether, M.D. and Sean P. McDonald, M.D. are employees, agents, servants, and/or ostensible agents of Defendant Neurosurgical Associates of Western Kentucky, P.S.C.

5. Defendant Neurosurgical Associates of Western Kentucky, P.S.C., is a Kentucky professional services corporation with its principal office being at Post Office Box 7843, Paducah, Kentucky.

## STATEMENT OF FACTS

6. On or about October 3, 2003, the Plaintiff began receiving medical care from the Defendants with regard to an intrathecal narcotic pump that had been implanted at Advocate Lutheran General Hospital in Park Ridge, Illinois.

7. At the time of the Plaintiff's treatment by Neurosurgical Associates of Western Kentucky, P.S.C., it was noted by Defendant Robert P. Meriwether, M.D. that the Plaintiff was allergic to morphine.

8. On or about March 30, 2005, Defendant Robert P. Meriwether, M.D. ordered morphine for administration through the Plaintiff's intrathecal narcotic pump.

9. On or about April 27, 2005, Defendant Sean P. McDonald, M.D. ordered morphine for administration through the Plaintiff's intrathecal narcotic pump.

10. The Plaintiff had an allergic reaction to the morphine and suffered severe and permanent injury as a result thereof.

## JURISDICTION

11. The jurisdiction of this court is invoked under the provision of Title 28 of the United States Code, Section 1332, which gives United States District Courts original jurisdiction in civil actions between citizens of different states where the matter in controversy exceeds the sum of $75,000.00. Venue is appropriate in this Court under the provision of Title 28 of the United States Code Section 1391, which provides that a civil action where jurisdiction is founded only on diversity of citizenship may be brought in the judicial district where the claim arose.

## COUNT I

## NEGLIGENCE

10. The Defendants were under a duty to those under their care to exercise ordinary care and skill.

11. During the course of the Plaintiff's treatment with the Defendants, the Defendants negligently and carelessly deviated from standards of medical care causing injury to the Plaintiff.

12. As a direct and proximate result of injuries to the Plaintiff caused by the deviations from standards of medical care by the Defendants, the Plaintiff has incurred and will incur pain and suffering and medical expenses, all in excess of $75,000.

WHEREFORE, Plaintiff demands judgment against Defendants, Robert P. Meriwether, M.D., Sean P. McDonald, M.D., and Neurosurgical Associates of Western Kentucky, P.S.C., with interest at the legal rate from the date of loss until entry of judgment and with interest at the legal rate of interest on judgments from the date judgment is entered until paid in full; Plaintiff's costs herein expended; trial by jury on all matters so triable; and all other relief to which the Plaintiff may appear entitled.

Respectfully submitted:

DAVID A. NUNERY, P.S.C.
105 East Main Street
Campbellsville, Kentucky 42718
Telephone: (270) 789-2466
Fax: (270) 789-0709

By: *Steven Casey Call*
STEVEN C. CALL
DAVID A. NUNERY

H:\Clients\Lawrence, Margaret\Pleadings\Complaint.wpd